No. 96–168. SNYDER, SPECIAL ADMINISTRATOR OF THE ESTATE OF LOVETT, DECEASED v. VIANI, INDIVIDUALLY AND DBA

964

JOE'S TAVERN, ET AL. Sup. Ct. Nev. Certiorari denied. ■